UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GIEUVOIS CADEJUSTE,

    Plaintiff,

v.                                                               Case No. 3:17cv351-RV-CJK

JULIE JONES, et al,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On July 28, 2017, the undersigned entered an order (doc. 3) advising that plaintiff's motion to proceed *in forma pauperis* was inadequate. The undersigned pointed out the deficiencies in the motion, directed the clerk to send plaintiff a complete set of forms needed for filing an *in forma pauperis* motion, and allowed plaintiff 30 days in which to either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file a completed motion to proceed *in forma pauperis*. The undersigned also advised plaintiff that failure to comply with the order as instructed would result in a recommendation that the case

be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 30 days passed and plaintiff had not complied, the undersigned entered an order (doc. 5) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. The show cause order was returned as undeliverable, with a notation plaintiff was no longer in state custody, having been released on August 28, 2017. Plaintiff therefore was released from prison, but has not contacted the court or provided a current mailing address. And the Florida Department of Corrections website contains no address upon release.[1] Based on the court's inability to contact plaintiff, completion of the preliminary screening process under 28 U.S.C. § 1915(e)(2) or the issuance of any other order would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's complaint (doc. 1) be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

2. That the clerk be directed to close the file.

---

[1] *See* http://www.dc.state.fl.us/offenderSearch/detail.aspx?Page=Detail&DCNumber=K60131&TypeSearch=IR.

Case No. 3:17cv351-RV-CJK

DONE AND ORDERED this 13th day of September, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**