**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**GIEUVOIS CADEJUSTE,**

    **Plaintiff,**

v.                                                  **Case No. 3:17cv351-RV-CJK**

**JULIE JONES, et al,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 13, 2017 (doc. 7). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of October, 2017.

       /s/ *Roger Vinson*
       **ROGER VINSON**
       **SENIOR U.S. DISTRICT JUDGE**